# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JASON MAXWELL HAMILTON                                  PLAINTIFF

VS.                      4:20-CV-00303-BRW-JJV

SALINE COUNTY JAIL                                           DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 5) submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Hamilton's timely filed objections (Doc. No. 6) and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is dismissed without prejudice.

This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of May, 2020.


                                                       Billy Roy Wilson_____
                                                       UNITED STATES DISTRICT JUDGE