# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JASON MAXWELL HAMILTON**                                                           **PLAINTIFF**

**VS.**                                   **4:20-CV-00303-BRW-JJV**

**SALINE COUNTY JAIL**                                                                    **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of May, 2020.


                           Billy Roy Wilson_____
                           UNITED STATES DISTRICT JUDGE